UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 09-62052-WSD
RALPH OBERDORF  CHAPTER 13 PROCEEDINGS
  HON. WALTER SHAPERO, DETROIT

———————— Debtor ————————

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| RALPH OBERDORF<br>24 DEEP LAKE<br>BROOKLYN, MI 49230-0000<br>SSN: XXX-XX-1080 | N/A | N/A | DEBTOR REFUND | 1267700 | 5/14/10 | $ 5.34 |

DATED: May 21, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930   0077621
DETROIT, MICHIGAN 48231-1930

0982052 00000 017414 1267700
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 05/14/2010  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1267700

| 0962052 | RALPH OBERDORF | | | | 5.34 | 0.00 | 5.34 |
|---|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**  
TRUSTEE

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT**  
P.O. BOX 31-1930  
Detroit, MI 48231-1930  
(313)967-9857 FAX

64-79 / 611

**CHECK NO. 1267700**  
SunTrust Bank

FOR RALPH OBERDORF  
BK 0962052 ACCT.  
PRIN. 5.34 INT. 0.00

DATE May 14, 2010

AMOUNT **********5.34

PAY **5.34**  
Five And 34 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT

VOID OVER $5.34  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:               CASE NO. 09-62052-WSD
RALPH OBERDORF              CHAPTER 13 PROCEEDINGS
                                         HON. WALTER SHAPERO.DETROIT

                Debtor
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**RAY TALLERDAY
211 WEST FORT STREET, STE. 510
DETROIT, MI 48226**

**Last Known Address for Debtor:**

**RALPH OBERDORF
24 DEEP LAKE
BROOKLYN, MI 49230**

DATED: May 21, 2010            /s/ TAMMY L. TERRY
                                         TAMMY L. TERRY, STANDING
                                         CHAPTER 13 TRUSTEE
                                         535 GRISWOLD
                                         SUITE 2100
                                         DETROIT, MI 48226